In the Matter of the Application of PARK & TILFORD IMPORT CORPORATION, Petitioner, for a Certiorari Order against MARK GRAVES and Others, as and Constituting the State Tax Commission, Respondents.— This is a certiorari proceeding

to review a determination of the State Tax Commission assessing an alcoholic beverage tax against petitioner pursuant to article 18 of the Tax Law. Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to annul and to direct Commission to pay petitioner the amount of the refund.